**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JB CONSULTING INC.,                    )
                                       )
      Plaintiff,                   )    **FILED: MAY 29, 2008**
                                       )    **08CV3107              AEE**
v.                                     )    **JUDGE ANDERSEN**
                                       )    **MAGISTRATE JUDGE NOLAN**
WOLFGANG PUCK CATERING AND             )
EVENTS, LLC, d/b/a/ WOLFGANG           )
PUCK CATERING,                         )
                                       )
      Defendant.                    )
                                       )

## NOTICE OF REMOVAL

Defendant, Wolfgang Puck Catering and Events, LLC ("Wolfgang Puck"), by and through its counsel, petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 for removal of this action currently pending in the Circuit Court of Cook County, Illinois. In support of this petition, Wolfgang Puck states as follows:

1. This action is being removed to federal court based on diversity of citizenship, which exists between the parties.

2. Plaintiff, JB Consulting Inc. ("Plaintiff" or "JB"), filed a Complaint against Wolfgang Puck in the Circuit Court of Cook County, Illinois on April 25, 2008. Wolfgang Puck was served with the Complaint on April 30, 2008. All process, pleadings or orders served upon Defendant in the action are attached hereto as Exhibit A.

3. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Wolfgang Puck is required to answer or otherwise plead to the state law complaint on or before June 6, 2008.

4. This Notice of Removal has been filed with this Court within thirty (30) days of receipt of the Complaint by Defendant as required by 28 U.S.C. § 1446(b).

5.      Plaintiff is a corporation organized and existing under the laws of the State of Illinois and its principal place of business is located in the State of Illinois.  *See* General Complaint contained in Exhibit A hereto, at ¶ 2.

6.      Wolfgang is a Delaware limited liability corporation.  Wolfgang Puck has several members, none of which are citizens of Illinois.  Accordingly, Wolfgang is not regarded as a citizen of the state of Illinois for purposes of diversity jurisdiction.  *See Cosgrove v. Bartolotta,* 150 F.3d 729, 732 (7th Cir. 1998) (the citizenship of a limited liability corporation for diversity purposes is determined by the citizenship of each of its members).

7.      Thus, complete diversity of jurisdiction exists between the parties because Plaintiff does not share citizenship of any one state with Wolfgang Puck.

8.      In addition, because Plaintiff claims over $300,000 in damages, the requirement that the amount in controversy exceed $75,000 is met.  *See* 28 U.S.C. § 1332(a).

9.      Given that complete diversity of citizenship exists between the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interests and costs, this Court has original jurisdiction over this action under 28 U.S.C. § 1332.

10.      Venue lies in this Court because Plaintiff's action is pending in Cook County, Illinois which is within this District and this Division.  28 U.S.C. § 1441(a).

11.      Wolfgang Puck has given written notice of the filing of this petition to the Clerk of the Circuit Court of Cook County, Illinois and to counsel for opposing counsel in this action, as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, Wolfgang Puck Catering and Events, LLC, gives this Notice of Removal of the action against it now pending in the Circuit Court of Cook County, Illinois,

\6273618.2

County Department, Law Division, and respectfully requests that this Court accept jurisdiction of

this action.

Date: May 29, 2008                         Respectfully submitted,

                                           **WOLFGANG PUCK CATERING AND
                                           EVENTS, LLC**


                                           /s John A. Leja
                                           John J. Michels, Jr.
                                           #6278877
                                           John A. Leja
                                           #6256269
                                           Dionne R. Hayden
                                           #6286361
                                           McGuireWoods LLP
                                           77 W. Wacker Drive, Suite 4100
                                           Chicago, Illinois 60601
                                           312.849.8100
                                           312.849.3690 (facsimile)

\6273618.2

## CERTIFICATE OF SERVICE

I, John A. Leja, an attorney, hereby certify that the foregoing **Notice of Removal** was served on counsel for the Plaintiff by United States mail, postage prepaid, at the addresses set forth below on this 29th day of May, 2008.

> Peter A. Silverman
> Ben Capraro
> Figliulo & Silverman, P.C.
> 10 South LaSalle Street, Suite 3600
> Chicago, IL 60603

> /s John A. Leja
> John A. Leja
> McGuireWoods LLP
> 77 W. Wacker Drive, Suite 4100
> Chicago, Illinois 60601
> 312.849.8100
> 312.849.3690 (facsimile)

4

\6273618.2

# EXHIBIT A

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
04/30/2008
CT Log Number 513372415

**TO:**　Nicole Tharrington
　　　　Compass Group USA, Inc.
　　　　2400 Yorkmont Road
　　　　Charlotte, NC 28217-

**RE:**　**Process Served in Illinois**

**FOR:**　Wolfgang Puck Catering and Events, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | J.B. Consulting, Inc., Pltf. vs. Wolfgang Puck Catering and Events, LLC, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2008L004579 |
| **NATURE OF ACTION:** | Monies Due and Owing - Failure to honor contract - Seeking Amount $327,974.00 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/30/2008 at 10:41 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Peter A. Silverman<br>Figliulo & Silverman, P.C.<br>10 South LaSalle Street<br>Suite 3600<br>Chicago, IL 60603<br>312-251-4600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798931306682<br>Email Notification, Nicole Tharrington nicole.tharrington@compass-usa.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Tawana Carter |
| **ADDRESS:** | 208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / LV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JB CONSULTING INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
| WOLFGANG PUCK CATERING AND | ) |
| EVENTS, LLC, d/b/a WOLFGANG | ) |
| PUCK CATERING, | ) |
| | ) |
| Defendant. | ) |

2008L004579
CALENDAR/ROOM V
TIME 00:00
Breach of Contract

## COMPLAINT

Plaintiff, JB Consulting Inc. ("JB Consulting"), by and through its undersigned

attorneys, for its Complaint against Defendant Wolfgang Puck Catering & Events, LLC,

d/b/a Wolfgang Puck Catering ("Puck" or "the Company") alleges as follows:

### OVERVIEW

1.     Beginning in 2005, Plaintiff has provided consulting and sales

representation services to Defendant's catering business, pursuant to a written contract.

Under the contract, Plaintiff was to be paid a monthly fee and a commission of 10% of

gross sales. The initial term of the contract was one year. The parties agreed to extend

the contract and continued to perform under the contract after the first year. Defendant

unilaterally decided, about half way in to year 2 of the contract, to make partial payments

of the agreed fee to the Plaintiff for purported budgetary reasons, but Defendant promised

Plaintiff that it would find a "creative way" to make-up for the shortfall. In reliance on

Defendant's promises and assurances, Plaintiff continued to provide valuable services for

Defendant and procured significant catering events.  Plaintiff invoiced Defendant for the

unpaid portion of its fee, without objection from Defendant.  Defendant has reneged on

its contract, promises and assurances by refusing to pay fees and commissions that are

owed to Plaintiff.   It brings this Complaint to remedy the significant damages wrongfully

caused by Defendant.

PARTIES

2.     JB Consulting is a corporation organized and existing under the laws of

the State of Illinois, having been incorporated on February 8, 2005.  The company is

owned and operated by Jill Barnes, who has extensive experience in the catering

business.

3.     Puck Catering is believed to be a limited liability company that is licensed

to do business in the State of Illinois and operates an office in Illinois.  It is in the catering

business.

JURISDICTION AND VENUE

4.     Jurisdiction is proper in Illinois, pursuant to 735 ILCS 5/2-209, because

this action involves the breach of a contract within the State of Illinois.

5.     Venue is proper in Cook County, Illinois, pursuant to 735 ILCS 4/2-101,

because Cook County is where the transaction or some part thereof occurred out of which

this cause of action arises.

## FACTS COMMON TO ALL COUNTS

6.      Ms. Barnes on behalf of JB Consulting and Carl Schuster on behalf of Puck Catering negotiated a contract for JB Consulting to provide outside consulting and sales representation services for Puck Catering.

7.      Ms. Barnes initially proposed an annual fee of $225,000, which was agreeable to Mr. Schuster.

8.      In February 2005, the parties entered into a written contract for JB Consulting to provide exclusive sales representation and sales consulting services to Puck Catering ("the Contract"), a true and correct copy of which is attached hereto as Exhibit A.

9.      Under the Contract, JB Consulting was to be paid an annual fee of $167,000 plus a commission in the amount of 10% of gross sales.

10.     In year 1 of the parties' relationship (2/05 – 1/06), JB Consulting was paid $167,000 in fees. On its own volition, JB Consulting did not bill for the commissions to which it was entitled in the approximate amount of $47,218, based on the expectation that it was building a long term relationship with Puck Catering.

11.     The initial term of the Contract was one year. The parties agreed to continue their relationship and continued to perform under the Contract.

12.     In year 2 of the parties' relationship (2/06 – 1/07), JB Consulting was paid $127,417 in fees, $39,583 less than the amount of fees it was owed for its services.

13.     For each of the months of February through August 2006, JB Consulting

3

was paid $13,916 pursuant to the contract ($167,000/12).

14.    With no forewarning, Mr. Schuster advised Ms. Barnes that Puck Catering's Chicago region could only afford to pay her $6,000 per month. She responded that this amount was unacceptable and that JB Consulting was unwilling to agree to a cut in pay. Mr. Schuster assured Mr. Barnes that JB Consulting would be paid the same fees as in the past, but that he would need to find a creative way to make up the difference between the agreed fees of $13,916 and the $6,000 that the Chicago region could afford.

15.    Based on Mr. Schuster's promises and assurances, JB Consulting continued to provide valuable services and Puck Catering continued to receive substantial benefit from those services.

16.    For each of the months of September 2006 through January 2007, JB Consulting was paid $6,000 in fees. It invoiced the Company for $7,916 per month (the differential between the amount it was owed in fees and what it was paid). No one from the Company challenged that the invoiced amounts were owed.

17.    Also in year 2, JB Consulting billed the Company and was paid $42,350 in commissions, which was approximately $101,182 less than its full commission. Again, JB Consulting elected to bill the Company less than its full commission because it thought that it was building an extended relationship and it was willing to contribute to the Company's profitability.

18.    In year 3 (2/07 – 1/08), JB Consulting was paid $66,000, which was $101,000 less than what it was owed in fees. It continued to invoice the company $7,916

4

per month, without objection, to reflect the deficiency in it pay each month.

19.    In year 3, JB Consulting billed and was paid commissions of $15,400, which is approximately $30,824 less than it was owed in fees.

20.    Ms. Barnes repeatedly attempted to contact Mr. Schuster to collect the amounts owed to JB Consulting, but he was not reachable. She remained patient, in large part because she was made aware that Mr. Schuster was dealing with some difficult personal issues.

21.    Ms. Barnes was ultimately able to discuss JB Consulting's compensation with Mr. Schuster after many months and on those occasions he reiterated that JB Consulting would be paid its fees in full, he just needed to find a creative way to pay it.

22.    At one time, the Company was vying to do business involving the Symphony Center. Mr. Schuster told Ms. Barnes that the project might provide a vehicle to pay JB Consulting the amounts owed. However, that project did not materialize.

23.    Puck Catering advised JB Consulting in December 2007 that it would no longer be paid fees for budgetary reasons, but that the Company was open to working out a new compensation arrangement.

24.    In response to JB Consulting's request for payment, the Company promised to "work things out." But ultimately, after delaying things for many weeks, the Company wrongfully refused to pay any of the amounts it owes to JB Consulting, in breach of contract and in disregard of promises and assurances made to and relied upon by JB Consulting. JB Consulting was required to file this action because of Puck

5

Catering's breach of contract and failure to honor its promises and assurances. Under the Contract, JB Consulting is entitled to reimbursement by the Company for the fees and costs incurred to enforce its agreement.

25.    JB Consulting invoiced Puck Catering for the full amount it is owed in commissions.   True and correct copies of the invoices are attached hereto as Exhibit C. The Company has expressed that it is unwilling to pay JB Consulting any of the compensation that it owes.

26.    JB Consulting has fully performed its obligations to Puck Catering.

27.    JB Consulting advised Puck Catering that it would not represent Puck Catering going forward and would seek opportunities with other caterers, but that it would complete the substantial catering events that, through JB Consulting's effort, are in place or close to being in place in 2008.

28.    JB Consulting further advised the Company that it will bill for the significant outstanding business that it procured based on a 10% commission on gross sales, and that, if the Company pays less than the full commission (as it did recently), JB Consulting will deposit the undisputed commission amount and seeks recovery of the unpaid disputed portion of the commission.

## COUNT I
### (Account Stated)

29.    JB Consulting re-alleges Paragraphs Nos. 1 – 28 as though fully set forth herein.

30.    JB Consulting submitted and Puck Catering received invoices for fees that are owed and which Puck Catering agreed to pay, in the collective amount of $ 140,583.

31.    Puck Catering did not object to the invoices within a commercially reasonable time (in fact, not at all.)

32.    The invoices reflect an account stated in the amount of $140,583, which Puck Catering owes and should be required to pay in the interest of justice and in furtherance of reasonable commercial standards.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant by:

A.    Awarding it $140,583 as an account stated amount due to it;

B.    Awarding Plaintiff its reasonable attorneys' fees and costs in bringing this lawsuit; and

C.    Awarding Plaintiff all other amounts this Court finds reasonable.

### COUNT II
### (Breach of Written Contract)

33.    JB Consulting re-alleges Paragraph Nos. 1-28 as though fully set forth herein.

34.    Through Puck Catering's promises, assurances and actions and the parties' course of performance, the parties' written contract was extended year to year by agreement and governed year 1, 2 and 3 of the parties' relationship.

35.    JB Consulting has submitted invoices to Puck Catering reflecting amounts

7

owed for valuable services.

36.    Puck Catering has breached the Contract, as extended, by failing and refusing to pay JB Consulting fees and commissions that are owed.

37.    JB Consulting has been damaged by Puck Catering's failure and refusal to pay amounts owed to JB Consulting.

38.    JB Consulting has fully performed under the Contract, as extended.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant by:

A.    Awarding it  $327,974 as damages for Defendant's breach of contract;

B.    Awarding Plaintiff its reasonable attorneys' fees and costs in bringing this lawsuit; and,

C.    Awarding Plaintiff all other amounts this Court finds reasonable.

## COUNT III

**(Violation of the Illinois Sales Representative Act (820 ILCS 120/1 et seq.)**

39.    JB Consulting re-alleges Paragraph Nos. 1 – 28 as though fully set forth herein.

40.    JB Consulting acted as a consultant and sales representative for Puck Catering.

41.    JB Consulting procured substantial sales for Puck Catering in Illinois, entitling it to commissions in the amount of 10% of gross sales.

42.    Puck Catering has failed and refused to pay commissions owed to JB Consulting in the amount of $187,391.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant by:

A.    Awarding JB Consulting compensatory damages for the earned commissions due and owing to it under its agreement, in an amount to be determined at trial but reasonably believed to be in excess of $50,000, plus interest.

B.    Awarding JB Consulting exemplary damages in an amount which does not exceed three times the commissions due to it;

C.    Awarding JB Consulting its reasonable attorneys' fees and costs in bringing this lawsuit; and

D.    Awarding JB Consulting all other amounts this Court finds reasonable.

## COUNT IV
### Breach of Oral Contract
### (in the alternative)

43.    In the alternative, JB Consulting re-alleges Paragraph Nos. 1 – 28 as though fully set forth herein.

44.    The parties orally agreed to extend the term of the Contract year to year and continued to perform under the Contract after its initial term.  Puck Catering has breached the Contract, as extended, by failing and refusing to pay JB Consulting fees and commissions that are owed.

45.    JB Consulting has been damaged by Puck Catering's failure and refusal to pay amounts that are owed to JB Consulting for its significant services performed in

reliance on the contract and Puck Catering's promises and assurances.

46.    JB Consulting has fully performed under the Contract, as extended.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant by:

A.    Awarding it $327,974 as damages for Defendant's breach of contract;

B.    Awarding Plaintiff its reasonable attorneys' fees and costs in bringing this lawsuit; and

C.    Awarding Plaintiff all other amounts this Court finds reasonable.

### COUNT V
### Promissory Estoppel
### (in the alternative)

47.    In the alternative, JB Consulting re-alleges Paragraph Nos. 1 – 28 as though fully set forth herein.

48.    Puck Catering promised that JB Consulting would be paid in accordance with the Contract after the initial 1 year term expired.

49.    Puck Catering continued to pay fees to JB Consulting in accordance with the Contract after the initial 1 year term expired.

50.    Puck Catering continued to assure JB Consulting that it would be paid in accordance with the Contract after the initial 1 year term expired.

51.    JB Consulting reasonably relied on Puck Catering's words and actions and continued to exclusively perform consulting and sales representation on behalf of Puck Catering, to the significant benefit of Puck Catering.

10

52.     Puck Catering's failure to honor its promises and assurances has caused JB Consulting significant injury and it would be unjust and contrary to basic notions of fairness to allow Puck Catering to avoid responsibility for its words and actions which were intended to, and did in fact, cause JB Consulting to detrimentally rely.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor and against Defendant by:

A.      Awarding it $327,974 as damages for Defendant's failure to honor its promises and assurances;

B.      Awarding Plaintiff its reasonable attorneys' fees and costs in bringing this lawsuit; and

C.      Awarding Plaintiff all other amounts this Court finds reasonable.

JB CONSULTING INC.

By: _____
One of Its Attorneys

Peter A. Silverman
Ben Capraro
Figliulo & Silverman, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
Atty. No. 34435

**JB Consulting Inc**
1247 N State
Chicago, IL 60610
312.925.0329

COPY

February 11, 2005

Carl Schuster
Wolfgang Puck Catering and Events
6801 Hollywood Boulevard, Suite 500
Hollywood, CA 90028

RE:  Consulting Proposal and Contract

Carl -

Thank you for the opportunity to visit your facilities and meet with you, Jon, Carol, and
the rest of the LA team.

JB Consulting is pleased to present this proposal and contract for sales representation
and consulting services to Wolfgang Puck Catering and Events.

We look forward to working with WPCE in achieving your goals of increasing sales and
establishing WPCE as a premium catering organization in Chicago.

JB Consulting agrees to do the following work on behalf of WPCE:

Sales Representation
1.  Represent and sell WPCE as a premium caterer for off-premise events
2.  Identify targets and conduct business development for the off-premise
    catering business in Chicago
3.  Assist in developing venue relationships

Sales Consulting
1.  Assess and make recommendations regarding sales personnel
2.  Assess current proposal tracking, forecasting, sales revenue reporting
    and make recommendations
3.  Assess past and current sales and client base to make recommendations
    regarding targeting and strategy.   Assist in implementation.
4.  Identify overall strengths and weaknesses, and make recommendations

**JB Consulting Inc**
1247 N State
Chicago, IL 60610
312.925.0329

**Consulting Fee and Payment**
The cost for this representation and consulting, within the parameters explained in this proposal is $167,000.

Payment is divided over the course of this contract as follows:

An initial payment of $35,000 is due upon acceptance of these terms as noted in this proposal and is required for JB Consulting to move forward.

Twelve additional payments of $11,000 each will be due monthly. The first is due upon acceptance of these terms as noted in this proposal and is required for JB Consulting to move forward

The remaining eleven payments of $11,000 each will be due monthly starting 30 days from the client signature date of this contract and on that date each consecutive month.

Additionally, any sales as a result of efforts by JB Consulting will earn a commission in the amount of 10% of the gross sale and is payable upon the completion of the event.

All reasonable expenses related to this agreement and on behalf of clients including, but not exclusive to, travel, meals, parking, etc. will be itemized and invoiced each month and payment for these expenses is due upon receipt of invoice. These expenses are in addition to the consulting fees referenced above.

Changes in the scope of the consulting progress will be discussed upon request. If changes are agreed upon by both parties, then any additional costs will be invoiced at that time and will be due upon receipt of invoice. Any change agreed upon, does not negate this contract, but rather becomes an addendum to this contract.

Please pay according to terms. Work will stop if payment is not received in a timely manner, as agreed.

**Duration**
The duration of this contract is twelve months, beginning on the date of client signature below accompanied by receipt of first payment per terms of this contract. Commissions earned for events taking place after this twelve month duration, as per the parameters of this contract, are payable upon completion of the event.

**Other**
As long as this contract remains in force, JB Consulting agrees not to represent or provide services for the following Chicago caterers; Blue Plate Catering, Calihan Catering, Elegant Edge, Food For Thought, and George Jewel Catering.

JB Consulting agrees not to disclose any WPCE proprietary information during the course of the contract or for a period of one year thereafter.

**JB Consulting Inc**
1247 N State
Chicago, IL 60610
312.925.0329

No employment relationship, express or implied, is intended by this Agreement. JB Consulting will be solely responsible for paying all federal, state and local taxes applicable to any and all compensation paid by WPCE to JB Consulting, including but not limited to the Consulting Fee. WPCE will not be responsible for state and federal withholding from any and all compensation.

During the term of this contract, Consultant will not be eligible for participation in WPCE's fringe benefits, including group health insurance or pension plan, nor will they accrue vacation or be eligible for paid sick leave or holiday pay, or other similar compensation over and above the Consulting Fee.

This agreement is non-transferable. This agreement can be terminated by WPCE for any act by JB Consulting, or any omission by JB Consulting, constituting a felony; or (ii) any act of fraud, dishonesty or willful misconduct that has a material adverse effect on this consulting relationship by JB Consulting; or (iii) any attempt to usurp any WPCE benefits or opportunities for JB Consulting's own gain; or (iv) death of JB Consulting's principal agent.

Any controversy, dispute, or claim arising out of or relating to this Agreement shall by settled by binding arbitration by the American Arbitration Association

Thank you for the opportunity to submit this proposal.

Best regards,

*Jill Barnes*

Jill Barnes

This proposal and pricing is valid for thirty days. To remain valid, proposal must be signed, dated, and returned to JB Consulting and project must be started within thirty days. Failure to pay according to terms of this contract is cause for termination of this contract by JB Consulting. Termination caused by nonpayment does not relieve the client of their obligation to pay in full, nor does it obligate JB Consulting to refund any payment received. Client will pay all expenses of JB Consulting as a result of breach of this contract.

I accept this proposal and all terms:

| | |
|---|---|
| _Jill M. Barnes_ | _Cari Schuster_ |
| JB Consulting | Client Signature |
| _Jill M. Barnes_ | _Cari Schuster_ |
| Name (printed) | Client Name (printed) |
| _2-11-05_ | _2/13/05_ |
| Date | Date |

Wolfgang Puck Catering & Events Contract
Page 3 of 3

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 9/1/2006 | 228 |

**Payment Due**

9/30/2006

**Invoice**

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate September 2006 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

# *JB Consulting Inc*

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 10/1/2006 | 229 |

**Payment Due**
10/31/2006

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate October 2006 | | 7,916.00 | 7,916.00 |
| | | | **Total** | **$7,916.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

# JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 11/1/2006 | 232 |

**Payment Due**

11/30/2006

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate November 2006 | | 7,916.00 | 7,916.00 |
| | | | **Total** | **$7,916.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 12/1/2006 | 234 |

**Payment Due**

12/31/2006

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate December 2006 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

# *JB Consulting Inc*

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 1/1/2007 | 244 |

**Payment Due**

1/15/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate January 2007 | | 7,916.00 | 7,916.00 |
| | | | | |
| | | **Total** | | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 2/1/2007 | 246 |

**Payment Due**

2/15/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate February 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 3/1/2007 | 248 |

**Payment Due**

3/15/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate March 2007 | | 7,916.00 | 7,916.00 |
| | | **Total** | | **$7,916.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/1/2007 | 251 |

**Payment Due**

4/30/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate April 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 5/1/2007 | 252 |

**Payment Due**

5/31/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate May 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 6/1/2007 | 254 |

**Payment Due**

6/30/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate June 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 7/1/2007 | 256 |

**Payment Due**
7/15/2007

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate July 2007 | | 7,916.00 | 7,916.00 |
| | | **Total** | | **$7,916.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 8/1/2007 | 264 |

**Payment Due**

8/30/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate August 2007 | | 7,916.00 | 7,916.00 |
| | | | | |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
| --- | --- |
| 9/1/2007 | 265 |

**Payment Due**
9/30/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Consulting | Monthly Consulting Fee Corporate September 2007 | | 7,916.00 | 7,916.00 |
| | | | | |
| | **Total** | | | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL. 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 10/1/2007 | 266 |

**Payment Due**

10/30/2007

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate October 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 11/1/2007 | 267 |

**Payment Due**

11/30/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate November 2007 | | 7,916.00 | 7,916.00 |

| | Total | $7,916.00 |
|---|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 12/1/2007 | 278 |

**Payment Due**

12/31/2007

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee Corporate December 2007 | | 7,916.00 | 7,916.00 |
| | | | **Total** | $7,916.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

# *JB Consulting Inc*

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 1/1/2008 | 279 |

**Payment Due**
1/31/2008

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Consulting | Monthly Consulting Fee January 2008 | | 13,916.00 | 13,916.00 |
| | | | | |
| | **Total** | | | **$13,916.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 294 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Chicago Bar Assoc. March 2006 | | 3,049.00 | 3,049.00 |

| | | | **Total** | **$3,049.00** |
|---|---|---|---|---|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 295 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB Graduation Dinner March 2006 | | 5,805.00 | 5,805.00 |

| | Total | $5,805.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

# *JB Consulting Inc*

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 296 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Queensland Gov. BIO event April 2006 | | 2,875.00 | 2,875.00 |

| | **Total** | **$2,875.00** |
|---|---|---|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 297 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for BIO CEO Dinner April 2006 | | 3,350.00 | 3,350.00 |

| | Total | $3,350.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

*1247 N State Street, Suite 304*
*Chicago, IL  60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 284 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Field Museum Women's Board Luncheon May 2005 | | 1,957.00 | 1,957.00 |

| | Total | $1,957.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 285 |

| Terms |
|-------|
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Project Exploration May 2005 | | 3,913.00 | 3,913.00 |

| Total | $3,913.00 |
|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 286 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission Field Museum Atrium Opening June 2005 | | 2,315.00 | 2,315.00 |
| | | | **Total** | $2,315.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 287 |

| Terms |
|-------|
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission Parkway's Foundation Hat Luncheon June 2005 | | 3,370.00 | 3,370.00 |
| | | | **Total** | **$3,370.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 288 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB Kanan Cruise June 2005 | | 3,913.00 | 3,913.00 |
| | | | | |

| | **Total** | $3,913.00 |
|--|-----------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 289 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Lollapalooza July 2005 | | 6,415.00 | 6,415.00 |
| | | | **Total** | $6,415.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| | Date | Invoice # |
|---|---|---|
| | 4/11/2008 | 290 |

**Invoice**

| Terms |
|---|
| Due on receipt |

| Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Sales Commission | JBC Sales Commission for Field Museum Opening September 2005 | | 3,850.00 | 3,850.00 |

| **Total** | **$3,850.00** |
|---|---|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 291 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Field Museum Women's Board Gala October 2005 | | 7,264.00 | 7,264.00 |
| | | | **Total** | **$7,264.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 292 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commissions for Exelon January 2006 | | 12,722.00 | 12,722.00 |

| | Total | $12,722.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| | | | |
|---|---|---|---|
| **Date** | | **Invoice #** | |
| 4/11/2008 | | 293 | |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Sales Commission | JBC Sales Commissions for Children's Memorial Chicago Circle of Care January 2006 | | 1,500.00 | 1,500.00 |
| | | | **Total** | $1,500.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 298 |

**Invoice**

**Terms**

Due on receipt

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance due on Sales Commission for National Circle of Care Dinner May 2006 | | 12,786.00 | 12,786.00 |
| | | | **Total** | **$12,786.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 299 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance due on Sales Commission for U of C Randall Retirement June 2006 | | 3,274.00 | 3,274.00 |
| | | | **Total** | $3,274.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 301 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance due of Sales Commission for Mayer Brown Summer Associate June 2006 | | 4,439.00 | 4,439.00 |
| | | | **Total** | **$4,439.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 302 |

| Terms |
|-------|
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB @ REAC June 2006 | | 2,430.00 | 2,430.00 |

| | Total | $2,430.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 303 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB Kanan Cruise June 2006 | | 3,000.00 | 3,000.00 |

| | Total | $3,000.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 304 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance due on Sales Commissions for Pampered Chef July 2006 | | 20,162.00 | 20,162.00 |
| | | | **Total** | $20,162.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 305 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commissions for International Bar Association September 2006 | | 11,448.00 | 11,448.00 |

| | Total | $11,448.00 |
|---|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

*JB Consulting Inc*

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 306 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Reyes Holdings September 2006 | | 1,190.00 | 1,190.00 |
| | | | | |
| | **Total** | | | $1,190.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

# JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 307 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commissions for U of C Presidential Inauguration October 2006 | | 9,338.00 | 9,338.00 |
| | | **Total** | | **$9,338.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 308 |

**Terms**

**Invoice**

Due on receipt

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commissions for Miami of Ohio November 2006 | | 6,075.00 | 6,075.00 |
| | | | **Total** | $6,075.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 309 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commissions for Children's Memorial Chicago Circle of Care November 2006 | | 2,156.00 | 2,156.00 |
| | | | **Total** | **$2,156.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 310 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commissions for Foley & Lardner December 2006 | | 1,340.00 | 1,340.00 |

| | Total | $1,340.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 311 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Exelon December 2006 | | 462.00 | 462.00 |

| | |
|---|---|
| **Total** | **$462.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

# JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 312 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Hines Realty December 2006 | | 2,663.00 | 2,663.00 |

| | |
|---|---|
| **Total** | $2,663.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

### JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 313 |

| Terms |
|-------|
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Abelson Taylor December 2006 | | 5,351.00 | 5,351.00 |
| | | | **Total** | **$5,351.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 314 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB @ MTFM February 2007 | | 1,920.00 | 1,920.00 |

| | Total | $1,920.00 |
|--|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 315 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for U of C, GSB Graduation Dinner March 2007 | | 5,825.00 | 5,825.00 |
| | | | | |

| Total | $5,825.00 |
|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 316 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission Barancik Dinner June 2007 | | 1,820.00 | 1,820.00 |
| | | | **Total** | **$1,820.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
| --- | --- |
| 4/11/2008 | 317 |

| Terms |
| --- |
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sales Commission | JBC Sales Commission Children's Memorial Luncheon June 2007 | | 817.00 | 817.00 |

| | Total | $817.00 |
| --- | --- | --- |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 318 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Exelon July 2007 | | 2,792.00 | 2,792.00 |
| | | | **Total** | **$2,792.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 319 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Children's Memorial Lurie Luncheon September 2007 | | 1,333.00 | 1,333.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | **Total** | $1,333.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 320 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission Children's Memorial Staff Luncheon September 2007 | | 588.00 | 588.00 |

| | Total | $588.00 |
|--|-------|---------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 321 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Kellogg School of Management November 2007 | | 2,183.00 | 2,183.00 |

| | Total | $2,183.00 |
|---|-------|-----------|

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 322 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Children's Memorial Chicago COC Dinner November 2007 | | 1,631.00 | 1,631.00 |
| | | | **Total** | **$1,631.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

*JB Consulting Inc*

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 323 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Magill Dinner November 2007 | | 198.00 | 198.00 |
| | | | **Total** | $198.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 324 |

**Terms**

**Invoice**

Due on receipt

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for West Suburban Hospital November 2007 | | 3,220.00 | 3,220.00 |
| | | | | |
| | **Total** | | | $3,220.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

# *JB Consulting Inc*

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 325 |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Foley & Lardner December 2007 | | 1,983.00 | 1,983.00 |
| | | | **Total** | $1,983.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/11/2008 | 326 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Abelson Taylor December 2007 | | 6,515.00 | 6,515.00 |
| | | **Total** | | **$6,515.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

## JB Consulting Inc

*1247 N State Street, Suite 304*
*Chicago, IL 60610*
*312.925.0329*

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd., Suite 513
Hollywood, CA 90028

| Date | Invoice # |
|---|---|
| 4/15/2008 | 280A |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Sales Commission | JBC Balance on Sales Commission for U of C, GSB Event March 22, 2008 | | 2,761.25 | 2,761.25 |

| Total | $2,761.25 |
|---|---|

Please make checks payable to JB Consulting Inc.
Thank you.

# JB Consulting Inc

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Wolfgang Puck Catering
Kathie Rubino
Museum of Contemporary Art
220 East Chicago Ave.
Chicago, IL 60611

| Date | Invoice # |
|------|-----------|
| 3/4/2008 | 283 |

## Invoice

**Terms**

Due on receipt

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission Crate & Barrel event 4.4.08 | | 7,671.35 | 7,671.35 |
| | | | **Total** | **$7,671.35** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Wolfgang Puck Catering
Kathie Rubino
Museum of Contemporary Art
220 East Chicago Ave.
Chicago, IL 60611

| Date | Invoice # |
|------|-----------|
| 4/20/2008 | 327 |

**Terms**

**Invoice**   Due on receipt

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Children's Memorial Hospital Groundbreaking Event 4.21.08 | | 1,602.00 | 1,602.00 |
| | | | **Total** | **$1,602.00** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/20/2008 | 283A |

| Terms |
|-------|
| Due on receipt |

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Crate & Barrel Event 4.4.08 | | 3,792.95 | 3,792.95 |
| | | | **Total** | **$3,792.95** |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL  60610
312.925.0329

Wolfgang Puck Catering
Kathie Rubino
Museum of Contemporary Art
220 East Chicago Ave.
Chicago, IL 60611

| Date | Invoice # |
|------|-----------|
| 4/20/2008 | 327 |

**Terms**

Due on receipt

### Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Sales Commission for Children's Memorial Hospital Groundbreaking Event 4.21.08 | | 1,602.00 | 1,602.00 |
| | | | **Total** | $1,602.00 |

Please make checks payable to JB Consulting Inc.
Thank you.

**JB Consulting Inc**

1247 N State Street, Suite 304
Chicago, IL 60610
312.925.0329

Carl Schuster
Wolfgang Puck Catering
6801 Hollywood Blvd.,  Suite 513
Hollywood, CA  90028

| Date | Invoice # |
|------|-----------|
| 4/20/2008 | 283A |

**Terms**

Due on receipt

## Invoice

| Service | Description | Hours | Rate | Amount |
|---------|-------------|-------|------|--------|
| Sales Commission | JBC Balance Due on Sales Commission for Crate & Barrel Event 4.4.08 | | 3,792.95 | 3,792.95 |
| | | **Total** | | $3,792.95 |

Please make checks payable to JB Consulting Inc.
Thank you.