U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:

JB Consulting Inc.
v.
Wolfgang Puck Catering and Events, LLC
d/b/a Wolfgang Puck Catering

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Wolfgang Puck Catering and Events, LLC d/b/a Wolfgang Puck Catering

| | |
|---|---|
| NAME (Type or print) <br> Dionne R. Hayden | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Dionne R. Hayden | |
| FIRM <br> McGuireWoods LLP | |
| STREET ADDRESS <br> 77 West Wacker Drive, 41st Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286361 | TELEPHONE NUMBER <br> (312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |