IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JB CONSULTING INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:08-cv-03107 |
| | ) | |
| WOLFGANG PUCK CATERING AND EVENTS, LLC, d/b/a WOLFGANG PUCK CATERING, | ) ) ) | Honorable Judge Wayne R. Anderson |
| | ) | |
| Defendant. | ) | |

**UNCONTESTED MOTION FOR EXTENSION OF TIME
TO FILE INTIAL RESPONSIVE PLEADING**

Defendant, Wolfgang Puck Catering and Events, LLC ("Defendant" or "Puck Catering"), by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), respectfully moves this Court for the entry of an order extending the time for Defendant to file its initial responsive pleading by seven (7) days through and until June 12, 2008, and in support hereof states as follows:

1. Defendant removed this case from state court on the bases of diversity jurisdiction on Thursday, May 29, 2008.

2. Pursuant to Federal Rule of Civil Procedure 81(c), Defendant is required to file its initial responsive pleading with this Court on Thursday, June 05, 2008.

3. Due to workload restraints and vacation schedules, Defendant has been unable to verify several of its responses to the allegations made and contained in Plaintiff, JB Consulting Inc.'s ("Plaintiff" or "JB Consulting") Complaint.

4. Accordingly, Defendant respectfully requests that the deadline for filing its initial responsive pleading be extended for seven (7) days, through and until, June 12, 2008.

1

\6314161.1

5. Defendant's counsel and Plaintiff's counsel have conferred and Plaintiff does not contest the extension of time requested by Defendant.

6. This extension request is not being made for purposes of delay and no prejudice will result in granting this motion.

WHEREFORE, Defendant, Wolfgang Puck Catering and Events, LLC respectfully requests that this Court enter an order extending the deadline for filing its initial responsive pleading by seven (7) days, through and until, June 12, 2008.

Dated: June 5, 2008                                  Respectfully submitted,

**WOLFGANG PUCK CATERING AND EVENTS, LLC**

/s John A. Leja
John J. Michels, Jr.
#6278877
John A. Leja
#6256269
Dionne R. Hayden
#6286361
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 (facsimile)

## **CERTIFICATE OF SERVICE**

I, John A. Leja, an attorney, certify that on June 5, 2008, a copy of the foregoing *Uncontested Motion for Extension of Time to File Initial Responsive Pleading* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Peter A. Sivlerman
>Figliulo & Silverman, P.C.
>10 South LaSalle Street
>Suite 3600
>Chicago, IL  60603
>psilverman@fslegal.com


>/s John A. Leja_____
>John A. Leja

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JB CONSULTING INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:08-cv-03107 |
| | ) | |
| **WOLFGANG PUCK CATERING AND** | ) | Honorable Judge Wayne R. Anderson |
| **EVENTS, LLC, d/b/a WOLFGANG** | ) | |
| **PUCK CATERING,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**THIS MATTER** having come before the Court on Defendant, Wolfgang Puck Catering and Events, LLC's Uncontested Motion for Extension of Time to File Initial Responsive Pleading and the Court being advised in the premises:

**IT IS HEREBY ORDERED** that Defendant, Wolfgang Puck Catering and Events, LLC be granted an additional seven (7) days to file an initial responsive pleading. Such pleading shall be filed no later than Thursday, June 12, 2008.


Date: _____                    ENTERED:


                                        _____
                                        Honorable Judge Wayne R. Anderson