### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JB CONSULTING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:08-cv-03107 |
| v. ) | |
| ) | Honorable Judge Wayne R. Anderson |
| WOLFGANG PUCK CATERING AND ) | |
| EVENTS, LLC, d/b/a/ WOLFGANG ) | |
| PUCK CATERING, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF MOTION

TO:   Peter A. Sivlerman
      Ben Capraro
      Figliulo & Silverman, P.C.
      10 South LaSalle Street
      Suite 3600
      Chicago, IL  60603

On Thursday, June 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for the Wolfgang Puck Catering and Events, LLC, shall appear before the Honorable Judge Wayne R. Anderson or any Judge sitting in his stead in the courtroom usually occupied by him, at the Everett McKinley Dirksen Federal Building, 219 South Dearborn, Room 1403, Chicago, Illinois, 60604 and shall present the Wolfgang Puck Catering and Events, LLC's *Uncontested Motion for Extension of Time to File Initial Responsive Pleading*.

Dated: June 5, 2008

Respectfully submitted,

**WOLFGANG PUCK CATERING AND EVENTS, LLC**

/s John A. Leja
John J. Michels, Jr.
#6278877
John A. Leja
#6256269
Dionne R. Hayden
#6286361
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 (facsimile)

2

\6314172.1

## **CERTIFICATE OF SERVICE**

I, John A. Leja, an attorney, certify that on June 5, 2008, a copy of the foregoing *Notice of Motion* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Peter A. Sivlerman
>Figliulo & Silverman, P.C.
>10 South LaSalle Street
>Suite 3600
>Chicago, IL  60603
>psilverman@fslegal.com


>/s John A. Leja_____
>John A. Leja