**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08-cv-03107 |
| JB CONSULTING, INC. | |
| v. | |
| WOLFGANG PUCK CATERING AND EVENTS, LLC, d/b/a | |
| WOLFGANG PUCK CATERING | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JB CONSULTING, INC.

| | |
|---|---|
| NAME (Type or print) | |
| PETER A. SILVERMAN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ PETER A. SILVERMAN | |
| FIRM | |
| FIGLIULO & SILVERMAN, P.C. | |
| STREET ADDRESS | |
| 10 SOUTH LASALLE STREET, SUITE 3600 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6196081 | 312.251.5275 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐