**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-cv-03107

JB CONSULTING, INC.
  v.
WOLFGANG PUCK CATERING AND EVENTS, LLC, d/b/a
WOLFGANG PUCK CATERING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JB CONSULTING, INC.

| | |
|---|---|
| **NAME** (Type or print) BEN D. CAPRARO | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ BEN D. CAPRARO | |
| **FIRM** FIGLIULO & SILVERMAN, P.C. | |
| **STREET ADDRESS** 10 SOUTH LASALLE STREET, SUITE 3600 | |
| **CITY/STATE/ZIP** CHICAGO, IL  60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6276413 | **TELEPHONE NUMBER** 312.251.5274 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |