# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JB CONSULTING INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 cv 3107 |
| ) | |
| WOLFGANG PUCK CATERING AND ) | |
| EVENTS, LLC, d/b/a WOLFGANG ) | Judge Andersen |
| PUCK CATERING, ) | Magistrate Judge Nolan |
| ) | |
| Defendant. ) | |
| ) | |

## DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, Wolfgang Puck Catering and Events, LLC, furnishes the following in compliance with Local Rule 3.2 of this Court:

Wolfgang Puck Catering and Events, LLC's publicly held affiliates are Compass Group U.S.A., Inc. and Wolfgang Puck Holdings LLC. Wolfgang Puck Holdings LLC has no publicly held affiliates.

Date: June 12, 2008

Respectfully submitted,

**WOLFGANG PUCK CATERING AND EVENTS, LLC**

/s John A. Leja
John J. Michels, Jr.
#6278877
John A. Leja
#6256269
Dionne R. Hayden
#6286361
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
312.849.8100
312.849.3690 (facsimile)

\6296490.1

**CERTIFICATE OF SERVICE**

I, John A. Leja, an attorney, hereby certify that the foregoing *Disclosure Statement* was served on counsel for the Plaintiff by United States mail, postage prepaid, at the addresses set forth below on this 12th day of June, 2008.

>Peter A. Silverman
>Ben Capraro
>Figliulo & Silverman, P.C.
>10 South LaSalle Street,
>Suite 3600
>Chicago, IL 60603

>/s John A. Leja
>John A. Leja
>McGuireWoods LLP
>77 W. Wacker Drive, Suite 4100
>Chicago, Illinois 60601
>312.849.8100
>312.849.3690 (facsimile)

\6296490.1