# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JB Consulting Inc.

                          Plaintiff,

v.                                             Case No.: 1:08–cv–03107
                                                            Honorable Wayne R. Andersen

Wolfgang Puck Catering and Events, LLC

                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                                     /s/ Wayne R. Andersen

                                                                    United States District Judge