IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JB CONSULTING INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 L 004579 |
| | ) |
| WOLFGANG PUCK CATERING AND | ) |
| EVENTS, LLC, d/b/a WOLFGANG | ) |
| PUCK CATERING, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   SEE ATTACHED CERTIFICATE OF SERVICE

On Thursday, July 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Wayne R. Andersen in Courtroom 1403 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached **MOTION TO STRIKE AFFIRMATIVE DEFENSES** a copy of which is attached hereby and hereby served upon you.

 

**JB CONSULTING INC.**

By:  /s/   Peter A. Silverman
     One of His Attorneys

Peter A. Silverman
Ben Capraro
Figliulo & Silverman, P.C.  #34335
Ten South LaSalle Street, Suite 3600
Chicago, IL  60603
312-251-4600

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the **NOTICE OF MOTION** to be served on July 1, 2008, by electronic mail through the Court's ECF system to the Filing Users listed below pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) and Local Rule 5.9.

/s/   Peter A. Silverman

- **Dionne R. Hayden**
  dhayden@mcguirewoods.com
- **John A. Leja**
  jleja@mcguirewoods.com
- **John J Michels , Jr**
  jmichels@mcguirewoods.com