IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JB CONSULTING INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  08 CV 3107 |
| | ) | |
| v. | ) | Judge Andersen |
| | ) | |
| WOLFGANG PUCK CATERING AND EVENTS, LLC, d/b/a WOLFGANG PUCK CATERING, | ) ) ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Plaintiff JB Consulting Inc and Defendant Wolfgang Puck Catering and Events, LLC, d/b/a Wolfgang Puck Catering, by the following attorneys of record:

*For the Plaintiff JB Consulting Inc*:

Peter A. Silverman
Benjamin D. Capraro
FIGLIULO & SILVERMAN, P.C.
10 South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600

*For the Defendant Wolfgang Puck Catering and Events, LLC, d/b/a Wolfgang Puck Catering:*

John J. Michels
John A. Leja
Dionne R. Hayden
MCGUIRE WOODS LLP
77 West Wacker Drive
41st Floor
Chicago, Illinois 60601
(312) 849-8100

submit this joint initial status report pursuant to this Court's minute entry of June 19, 2008.

1

\6400643.2

**I.    Referral Case:**

1.    Plaintiff alleges that Defendant has wrongfully failed to pay fees and commissions that it claims are owed for Plaintiff's consulting and sales efforts on behalf of Defendant's catering business. Defendant denies that any fees or commissions are owed to Plaintiff. Defendant also asserts various additional defenses and affirmative defenses to Plaintiff's claims.

2.    The relief sought by the Plaintiff is as follows:

- damages of $319,818;
- punitive damages for violation of the Illinois Sales Representative Act
- Attorneys' fees and costs.

3.    The case has been referred for the purpose of holding proceedings related to discovery.

4.    On July 1, 2008, Plaintiff filed a motion to strike Defendant's affirmative defenses. Plaintiff noticed the motion for hearing on July 10, 2008 before Judge Andersen. At the motion hearing, Judge Andersen asked the parties to participate in a settlement conference with him and postponed setting a briefing schedule for the motion until after the partied participated in the settlement conference.

5.    At this time, the parties do not consent to trial before a magistrate judge.

6.    No discovery has been initiated. The parties contemplate exchanging written discovery concerning their business relationship, Plaintiff's claims and Defendant's defenses. Plaintiff contemplates taking 2 or 3 depositions. Defendant contemplates taking 2 of 3 depositions. No discovery cut-off has been set.

\6400643.2

7. Thus far, the parties have discussed settlement but have not been able to agree to terms.

Dated: July 14, 2008

Respectfully submitted,

JB CONSULTING INC., Plaintiff

By:  /s/ Peter A. Silverman
FIGLIULO & SILVERMAN, P.C.
10 South LaSalle Street
Suite 3600
Chicago, Illinois 60603
(312) 251-4600


WOLFGANG PUCK CATERING AND EVENTS, LLC, d/b/a WOLFGANG PUCK CATERING, Defendant


By:  /s/ John A. Leja
MCGUIRE WOODS LLP
77 West Wacker Drive
41st Floor
Chicago, Illinois 60601
(312) 849-8100

3

\6400643.2

**CERTIFICATE OF SERVICE**

I, John A. Leja, an attorney, certify that on July 14, 2008, a copy of the foregoing *Joint Initial Status Report* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Peter A. Sivlerman
> Figliulo & Silverman, P.C.
> 10 South LaSalle Street
> Suite 3600
> Chicago, IL  60603
> psilverman@fslegal.com

      /s John A. Leja_____
      John A. Leja