UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

JB Consulting Inc.
                        Plaintiff,

v.                                         Case No.: 1:08−cv−03107
                                         Honorable Wayne R. Andersen

Wolfgang Puck Catering and Events, LLC
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen: Settlement Conference set for 9/4/2008 at 08:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.