IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JB CONSULTING INC., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 08 cv 3107 |
| ) | |
| v. ) | |
| ) | Judge Andersen |
| WOLFGANG PUCK CATERING AND ) | |
| EVENTS, LLC, d/b/a WOLFEGANG ) | Magistrate Judge Nolan |
| PUCK CATERING, ) | |
| ) | |
| Defendant(s). | |

**AGREED SCEDULING ORDER**

The parties have agreed to the following deadlines by which fact and expert discovery shall be completed in the above-captioned case:

1. All fact discovery will be completed by January 15, 2009. Any motion(s) to compel regarding fact discovery should be filed as soon as possible, but no later than the close of fact discovery.

If the parties anticipate filing summary judgment motions before expert discovery is conducted or if the parties do not anticipate conducting any expert discovery, you are done filling out this form. If expert discovery will be conducted prior to filing summary judgment motions, please continue.

2. Plaintiff(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) by February 15, 2009.

3. Defendant(s) will designate expert witnesses and provide the disclosure required pursuant to Fed. R. Civ. P. 26 (a)(2) by March 15, 2009.

4. Plaintiff(s) will disclose any expert rebuttal opinion(s) by April 15, 2009.

\6405555.1

5. Depositions of expert witnesses will be taken by and all expert discovery will be completed by <u>May 5, 2009</u>.

6. Any *Daubert* motions shall be filed 30 days after the close of expert discovery.

ENTER:

*Nan R. Nolan*

_____
Nan R. Nolan
United States Magistrate Judge

Dated: July 16, 2008

| /s Peter A. Silverman | s/ John A. Leja |
|---|---|
| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
| Dated: July 14, 2008 | Dated: July 14, 2008 |
| Peter A. Silverman | John J. Michels |
| Ben Capraro | John A. Leja |
| Figliulo & Silverman, P.C. | Dionne R. Hayden |
| 210 South LaSalle Street | McGuireWoods LLP |
| Suite 3600 | 77 West Wacker Drive |
| Chicago, Illinois 60603 | 41st Floor |
| (312) 251-4600 | Chicago, Illinois 60601 |
|  | (312) 849-8100 |

\6405555.1